UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ROGER BOND,<br><br>Defendant. | Case No. 2:19-cr-00315-JAD-NJK-5<br><br>**FINDINGS OF FACT, CONCLUSIONS OF LAW AND ORDER** |

## FINDINGS OF FACT

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that counsel for the United States needs additional time to review the case's history and procedural posture, decide whether the government opposes defendant's motion, and respond. The Court further finds that the additional time requested herein is not sought for purposes of delay.

## ORDER

IT IS THEREFORE STIPULATED, AGREED, and ORDERED that the United States shall have to and including November 17, 205 to file any response to defendant's motion.

DATED this 3rd day of November, 2025

_____
UNITED STATES DISTRICT JUDGE